UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 08-20770-CR-KING

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MAGILE CRUZ,

    Defendant.

_____/

## ORDER DENYING MOTION FOR LEAVE TO TAKE DEPOSITION OF MAGILE CRUZ, A FEDERAL INMATE

THIS CAUSE is before the Court on Non-Party Certified Home Loans, Inc.'s Motion for Leave to Take Deposition of Magile Cruz, a Federal Inmate (D.E. #41), filed on June 26, 2009.

In the instant Motion, Certified Home Loans, Inc. moves this Court to grant it leave to take the deposition of Defendant Magile Cruz, who is currently confined at FCI-Waseca, in Waseca, Minnesota. According to the Motion, a civil lawsuit—which allegedly arose out of the activities for which the Defendant was sentenced by this Court— is currently pending in the Circuit Court in and for Miami-Dade County. The request to take Defendant's deposition is made for discovery purposes in the above-referenced state court case. Certified Home Loans, Inc. advises the Court that both the

Assistant U.S. Attorney and the Defendant's counsel oppose the taking of the Defendant's deposition (D.E. #41). Further review of the docket reveals that this is a closed case as the Defendant was sentenced on January 22, 2009 (D.E. #35).

Accordingly, after careful consideration and the Court being otherwise fully advised, it is **ORDERED, ADJUDGED, and DECREED** that Non-Party Certified Home Loans, Inc.'s Motion for Leave to Take Deposition of Magile Cruz, a Federal Inmate **(D.E. #41)** be, and the same is hereby, **DENIED**.

**DONE and ORDERED** in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida this 29th day of June, 2009.

                                    JAMES LAWRENCE KING
                                    U.S. DISTRICT JUDGE
                                    SOUTHERN DISTRICT OF FLORIDA

cc:   *Counsel for Certified Home Loans, Inc.*
      **Roy J. Kahn**
      799 Brickell Plaza, Suite 606
      Miami, FL 33131

      *Counsel for the Government*
      **Lois A. Foster-Steers**
      United States Attorney's Office
      99 N.E. 4th Street
      Miami, FL 33132

      *Counsel for Defendant*
      **Marcia J. Silvers**
      Dunlap & Silvers
      2601 S. Bayshore Drive
      Suite 601
      Miami, FL 33133-4143